UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KEYASIA MITCHELL,

                Plaintiff(s)

                23 civ 5906 (JGK)

     -against-

KTY FRANCHISE HOLDINGS, INC.,

                Defendant(s).
------------------------------------------------------------X

## ORDER

The defendants answer being due December 10, 2023,

The November 8, 2023 conference is canceled.

**SO ORDERED.**

                                            **JOHN G. KOELTL**
                                   **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       November 1, 2023