**JacksonLewis**

666 Third Avenue
New York NY 10017-4030
(212) 545-4071 Direct
Douglas.Klein@jacksonlewis.com

December 7, 2023

**VIA ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*[handwritten: Case stayed pending mediation. The parties should report to the court on the status of the case by April 19, 2024. So ordered.]*

Re: **Mitchell et al. v. KTY Franchise Holdings, Inc. et al.**
**Civil Action No. 1:23-CV-5906-JGK**

Dear Judge Koeltl:

*[handwritten: 12/7/23   John G. Koeltl U.S.D.J.]*

We represent Defendants in the above-referenced case. We submit this letter jointly with Plaintiffs' counsel. Defendants' responsive pleading is currently due to be filed on December 10, 2023. The Court granted one previous adjournment for settlement purposes, So Ordered on August 29, 2023 (Dkt. 9). Since then, the Parties have engaged in a preliminary production of records and discussed the framework of a potential settlement. The Parties have now agreed to engage a private mediator, and given the availability of all Parties and that mediator, scheduled mediation for April 12, 2024.

Accordingly, the Parties respectfully request that Defendants' deadline to answer, move, or otherwise respond to the Complaint continue to be held in abeyance pending the conclusion of mediation. The requested stay will permit the parties to continue to dedicate their resources to trying to resolve the case through mediation, and thus obviating the need for litigation.

We appreciate the Court's attention to this request.

Respectfully submitted,

JACKSON LEWIS P.C.

/s/ Douglas J. Klein

Douglas J. Klein

cc:    Sally Abrahamson, Esq.

4884-7616-4757, v. 1