# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEYASIA MITCHELL and MY-ASIA MITCHELL, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br> -against-<br><br>KTY FRANCHISE HOLDINGS, INC. and KEVIN YOUNG,<br><br>     Defendants. | No. 1:23-cv-05906-JGK<br><br>**PROPOSED FORM OF JUDGMENT** |

On July 8, 2024, Plaintiffs filed a Notice of Acceptance of Offers of Judgment under Federal Rule of Civil Procedure 68. Accordingly, the following is hereby ORDERED: (1) Plaintiff Keyasia Mitchell has a judgment against KTY Franchise Holdings, Inc. in the amount of $17,340.07 and (2) Plaintiff My-asia Mitchell has a judgment against KTY Franchise Holdings, Inc. in the amount of $17,340.07.

**SO ORDERED.**

Dated: _____	_____
                     Hon. John G. Koeltl
                     United States District Judge